'IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONALD P. HOUSE,

    Plaintiff,

  v.

                                            Case No.   19-cv-1061-jdp

MS. P. DEROUIN and MS. S. PLASCH,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case without prejudice.

| /s/ | 10/30/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |